ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 29 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

LODGED

MAR 22 2006  12:15 pm

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

MARK J. BENNETT           2962
Attorney General of Hawaii

CINDY S. INOUYE           3968
CARON M. INAGAKI          3835
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone No. (808) 586-1494
Facsimile: (808) 586-1369
E-mail: Caron.M.Inagaki@hawaii.gov

Attorneys for Defendants
STATE OF HAWAII,
DEPARTMENT OF PUBLIC SAFETY,
STATE OF HAWAII and MICHAEL GRIBBIN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MICHAEL ALVAREZ,<br><br>         Plaintiff,<br><br>    vs.<br><br>JAIME ORTIZ, CORRECTIONS CORPORATION OF AMERICA, a Maryland Corporation, THE STATE OF HAWAII; DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; and MICHAEL GRIBBEN,<br><br>         Defendants. | CIVIL NO. 04-00356 SOM-LEK<br>(Assault & Battery)<br><br>STIPULATION AND ORDER TO TRANSFER MICHAEL ALVAREZ FROM ELY STATE PRISON TO NEVADA STATE PRISON FOR THE PURPOSE OF TAKING HIS ORAL DEPOSITION ON APRIL 20, 2006 THROUGH APRIL 21, 2006. |

STIPULATION AND ORDER TO TRANSFER MICHAEL ALVAREZ
FROM ELY STATE PRISON TO NEVADA STATE PRISON
FOR THE PURPOSE OF TAKING HIS ORAL DEPOSITION
ON APRIL 20, 2006 THROUGH APRIL 21, 2006

IT IS HEREBY STIPULATED AND AGREED and an ORDER is hereby

entered that Plaintiff Michael Alvarez shall be transferred from

ORIGINAL

Ely State Prison in Ely, Nevada where he is currently incarcerated, to Nevada State Prison in Carson City, Nevada for the purpose of taking his oral deposition starting at 9:00 a.m. on April 20, 2006 through April 21, 2006.

DATED: Honolulu, Hawaii, March 22, 2006.

_____
CARON M. INAGAKI
Deputy Attorney General
Attorney for Defendants
State Of Hawaii, Department
Of Public Safety, State Of
Hawaii And Michael Gribbin

DATED: Honolulu, Hawaii, March 8, 2006.

_____
JEREL FONSECA
KEITH KANESHIRO
Attorneys for Plaintiff

DATED: Honolulu, Hawaii, March 22, 2006.

_____
DAVID M. LOUIE
TEDSON H. KOJA
Attorneys for Defendant
Corrections Corporation of America

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

*Alvarez v. Ortiz, et al.*, Civil No. 04-00356 SOM-LEK, Stipulation and Order To Transfer Michael Alvarez For Purposes of Taking His Oral Deposition on April 20, 2006 and April 21, 2006.