ORIGINAL

Of Counsel:

**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE        2162-0
dlouie@rlhlaw.com
TEDSON H. KOJA        4793-0
tkoja@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii   96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

Attorneys for Defendant
CORRECTIONS CORPORATION OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 1 2006

at ___o'clock and ___min___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MICHAEL ALVAREZ, | ) | Civil No. 04-00356-SOM-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [Re: Notice of Taking Deposition |
| | ) | Upon Oral Examination -- Michael |
| JAIME ORTIZ, CORRECTIONS | ) | Alvarez, April 20, 2006 and |
| CORPORATION OF AMERICA, a | ) | April 21, 2006] |
| Maryland Corporation, THE STATE | ) | |
| OF HAWAII; DEPARTMENT OF | ) | |
| PUBLIC SAFETY, STATE OF | ) | Trial Date: September 26, 2006 |
| HAWAII; and MICHAEL | ) | |
| GRIBBEN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

480.34/Notice of Oral Depo-M Alvarez.thk ramm.wpd

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the

"*Notice of Taking Deposition Upon Oral Examination [Deponent: Michael*

*Alvarez,, April 20, 2006 and April 21, 2006]*" was duly served on the following,

in the manner indicated below, either by depositing the same in the United States

Mail, first class mail, postage prepaid, or by hand delivery of same on April 11,

2006:

| | Mail | Hand Delivery |
|---|---|---|
| JEREL D. FONSECA, ESQ.<br>Fonseca & Ching<br>841 Bishop Street<br>2201 Davies Pacific Center<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiff<br>MICHAEL ALVAREZ | ( ) | ( X ) |
| CARON INAGAKI, ESQ.<br>Deputy Attorney General<br>425 Queen Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendants<br>STATE OF HAWAII and<br>DEPARTMENT OF PUBLIC SAFETY | ( ) | ( X ) |

-2-

|  | Mail | Hand Delivery |
|---|---|---|
| JAMIE ORTIZ | ( X ) | ( ) |

205 S. Avenue A
San Manual, Arizona   85631

Defendant Pro Se

DATED:  Honolulu, Hawaii, _____ APR - 7 2006 _____.

_____
DAVID M. LOUIE
TEDSON H. KOJA
Attorneys for Defendant
CORRECTIONS CORPORATION
OF AMERICA

-3-