ORIGINAL

Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

**DAVID M. LOUIE**     2162-0
**TEDSON H. KOJA**     4793-0
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

Attorneys for Defendant
**CORRECTIONS CORPORATION OF AMERICA**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 27 2006

at 4 o'clock and 12 min. P M
SUE BEITIA, CLERK

**LODGED**

APR 27 2006
10:30am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MICHAEL ALVAREZ,<br><br>  Plaintiff,<br><br>vs.<br><br>JAIME ORTIZ, CORRECTIONS CORPORATION OF AMERICA, a Maryland Corporation, THE STATE OF HAWAII; DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; and MICHAEL GRIBBEN,<br><br>  Defendants. | CIVIL NO. 04-00356-SOM-LEK<br><br>**FIRST STIPULATION AND ORDER EXTENDING DEFENDANTS' EXPERT NAMING AND REPORT AND ORDER**<br><br><br><br>Trial Date: September 26, 2006 |

480.34/First.Stipulation.and Order

## FIRST STIPULATION AND ORDER EXTENDING DEFENDANTS' EXPERT NAMING AND REPORT AND ORDER

Due to the unexpected delay in scheduling the oral deposition of Plaintiff, Michael Alvarez, who was deposed on April 20, 2006 and April 21, 2006, it is hereby stipulated between the parties by their respective counsel that Defendants' deadline to identify and submit written expert reports for trial is hereby moved from April 26, 2006 to June 19, 2006.

DATED:   Honolulu, Hawaii, __APR 27 2006_____.

_____
JEREL D. FONSECA
Attorney for Plaintiff
**MICHAEL ALVAREZ**

_____
DAVID M. LOUIE
TEDSON H. KOJA
Attorneys for Defendant
**CORRECTIONS CORPORATION OF AMERICA, INC.**

-2-

_____
CARON INAGAKI
Attorney for Defendant
**STATE OF HAWAII; DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII AND MICHAEL GRIBBEN**

*APPROVED AND SO ORDERED*:

_____
**JUDGE OF THE ABOVE-ENTITLED COURT**

Civil No. 04-00356-SOM-LEK - *MICHAEL ALVAREZ VS. JAIME ORTIZ, CORRECTIONS CORPORATION OF AMERICA, a Maryland Corporation, THE STATE OF HAWAII; DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; AND MICHAEL GRIBBEN*; FIRST STIPULATION AND ORDER EXTENDING DEFENDANTS' EXPERT NAMING AND REPORT AND ORDER