ORIGINAL

Of Counsel:
**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

**DAVID M. LOUIE**     2162-0
**TEDSON H. KOJA**     4793-0
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

Attorneys for Defendant
**CORRECTIONS CORPORATION OF AMERICA**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 6 2006

at 11 o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MICHAEL ALVAREZ,<br><br>            Plaintiff,<br><br>vs.<br><br>JAIME ORTIZ, CORRECTIONS CORPORATION OF AMERICA, a Maryland Corporation, THE STATE OF HAWAII; DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; and MICHAEL GRIBBEN,<br><br>            Defendants. | CIVIL NO. 04-00356-SOM-LEK<br><br>**DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S EXPERT WITNESS DISCLOSURE; CERTIFICATE OF SERVICE**<br><br><br><br>Trial Date: September 26, 2006 |

480.34/Expert.Disclosures.thk

## DEFENDANTS CORRECTIONS CORPORATION OF AMERICA'S EXPERT WITNESS DISCLOSURES

Comes now Defendant Corrections Corporation of America (hereinafter "Defendant"), by and through its counsel, Roeca, Louie & Hiraoka, and hereby submits its initial disclosures pursuant to Fed. R. Civ. P. 16 (b)(4) and LR 26.1(a)(1).

A. **WITNESSES**

1.  George Earl Sullivan
    c/o Tedson H. Koja, Esq.
    Roeca Louie & Hiraoka
    841 Bishop Street, Suite 900
    Honolulu, Hawaii 96813

2.  A. Timothy Starks, Ph.D.
    c/o Tedson H. Koja, Esq.
    Roeca Louie & Hiraoka
    841 Bishop Street, Suite 900
    Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, _____

JUN 2 6 2006

_____
DAVID M. LOUIE
TEDSON H. KOJA
Attorneys for Defendant **CORRECTIONS CORPORATION OF AMERICA**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL ALVAREZ,<br><br>      Plaintiff,<br><br>vs.<br><br>JAIME ORTIZ, CORRECTIONS CORPORATION OF AMERICA, a Maryland Corporation, THE STATE OF HAWAII; DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; and MICHAEL GRIBBEN,<br><br>      Defendants. | Civil No. 04-00356-SOM-LEK<br><br>**CERTIFICATE OF SERVICE**<br><br>[Re: DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S EXPERT WITNESS DISCLOSURE] |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing document **DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S EXPERT WITNESS DISCLOSURE** was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, first class mail, postage prepaid, or by hand delivery of same on _____JUN 2 6 2006_____ :

|  | Mail | Hand Delivery |
|---|---|---|
| JEREL D. FONSECA, ESQ.<br>Fonseca & Ching<br>841 Bishop Street, Suite 2201<br>Honolulu, HI 96813<br>   Attorney for Plaintiff MICHAEL ALVAREZ | ( ) | ( XX ) |
| CARON INAGAKI, ESQ.<br>Deputy Attorney General<br>425 Queen Street<br>Honolulu, Hawaii 96813<br>   Attorney for Defendants<br>   STATE OF HAWAII and DEPARTMENT OF<br>   PUBLIC SAFETY | ( ) | ( XX ) |
| JAMIE ORTIZ<br>205 S. Avenue A<br>San Manual, AZ 85631<br>   Defendant Pro Se | ( XX ) | ( ) |

DATED: Honolulu, Hawaii, _____JUN 2 6 2006_____.

_____/s/_____
**DAVID M. LOUIE**
**TEDSON H. KOJA**
Attorneys for Defendant **CORRECTIONS CORPORATION OF AMERICA**

-2-