IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MICHAEL D. ALVAREZ, | ) | CIV. NO. 04-00356 SOM/LEK |
| | ) | |
| Plaintiffs, | ) | ORDER REGARDING TRIAL DATE |
| | ) | |
| vs. | ) | |
| | ) | |
| JAIME ORTIZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER REGARDING TRIAL DATE

The trial of this matter is set to begin on September 26, 2006.  This date may not be changed except by the trial judge.  That is, if the trial is to be by the district judge, the parties may not seek a continuance from the magistrate judge.  This does not mean, however, that the district judge can guarantee the parties that the trial will begin on September 26, 2006, as the district judge must give priority to felony trials, even if those are newer cases or have had their trial dates set after the trial date in this case was set.  If the parties require a firm trial date, they may obtain a firm trial date by consenting to trial by a magistrate judge.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; July 6, 2006.



_____
Susan Oki Mollway
United States District Judge

2

Case 1:04-cv-00356-LEK    Document 86    Filed 07/06/2006    Page 2 of 2

2