

CN 04-356 STM-LER

RECEIVED
CLERK U.S. DISTRICT COURT

JUL 11 2006

DISTRICT OF HAWAII

PLS RETURN
TO SENDER @
NO SUCH ADDRESS

NOT DELIVERABLE
AS ADDRESSED —
UNABLE TO FORWARD

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

Edwin C. Nacino
Roeca Louie & Hiraoka
Davies Pacific Center
841 Bishop St Ste 900
Honolulu, HI 96813

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MICHAEL D. ALVAREZ,                )   CIV. NO. 04-00356 SOM/LEK
                                   )
          Plaintiffs,              )   ORDER REGARDING TRIAL DATE
                                   )
     vs.                           )
                                   )
JAIME ORTIZ, et al.,               )
                                   )
          Defendants.              )
_____    )

## ORDER REGARDING TRIAL DATE

          The trial of this matter is set to begin on
September 26, 2006.  This date may not be changed except by the
trial judge.  That is, if the trial is to be by the district
judge, the parties may not seek a continuance from the magistrate
judge.  This does not mean, however, that the district judge can
guarantee the parties that the trial will begin on September 26,
2006, as the district judge must give priority to felony trials,
even if those are newer cases or have had their trial dates set
after the trial date in this case was set.  If the parties
require a firm trial date, they may obtain a firm trial date by
consenting to trial by a magistrate judge.

          IT IS SO ORDERED.

          DATED: Honolulu, Hawaii; July 6, 2006.

                              Susan Oki Mollway
                              Susan Oki Mollway
                              United States District Judge

## Other Orders/Judgments

### 1:04-cv-00356-SOM-LEK Alvarez v. Ortiz, et al

#### U.S. District Court

#### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from emt, entered on 7/6/2006 at 12:02 PM HST and filed on 7/6/2006

**Case Name:**          Alvarez v. Ortiz, et al
**Case Number:**        1:04-cv-356
**Filer:**
**Document Number:** 86

**Docket Text:**
ORDER Regarding Trial Date - Signed by Judge SUSAN OKI MOLLWAY on 7/6/06. (emt, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=7/6/2006] [FileNumber=112482-0]
[1210709eec8f641e1db97e5ae10043d01343ba3b0e2680e2a3f6b5fcb38748a674594
5fe1b9948729cf6d7ac77238744c21a98d5d5ed150fa0a98ed5d39d15c3]]

**1:04-cv-356 Notice will be electronically mailed to:**

Jerel D. Fonseca      jdfonseca@hawaii.rr.com

David M. Louie      dlouie@rlhlaw.com, cizutsu@rlhlaw.com

**1:04-cv-356 Notice will be delivered by other means to:**

Caron M. Inagaki
Attorney General of Hawaii
Dept of the Attorney General,State of HI
425 Queen Street
Honolulu, HI 96813

Cindy S. Inouye
Office of the Attorney General-Hawaii
425 Queen St
Honolulu, HI 96813

Keith M. Kaneshiro
770 Kapiolani Blvd Ste 715
Honolulu, HI 96814

Edwin C. Nacino
Roeca Louie & Hiraoka
Davies Pacific Center
841 Bishop St Ste 900
Honolulu, HI 96813

07/06/2006 12:02 PM