# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/02/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00356SOM-LEK |
| CASE NAME: | Michael Alvarez vs. Jaime Ortiz, et al. |
| ATTYS FOR PLA: | Jerel D. Fonseca |
| ATTYS FOR DEFT: | Tedson H. Koja<br>Caron M. Inagaki |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 08/02/2006 | TIME: | 9:06-9:08 |

COURT ACTION:  EP: Status Conference Re: Consent to Trial by a United States Magistrate Judge held.

Parties to execute consent and submit to Judge Susan Oki Mollway for her consideration.

Submitted by: Warren N. Nakamura, Courtroom Manager