# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00356LEK |
| CASE NAME: | Michael Alvarez vs. Jaime Ortiz, et al. |
| ATTYS FOR PLA: | Jerel D. Fonseca |
| ATTYS FOR DEFT: | Tedson H. Koja<br>Caron M. Inagaki |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 08/15/2006 | TIME: | 9:03-9:12 |

COURT ACTION:  EP: Status Conference Re: Trial Date and Deadlines held. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on May 1, 2007 at 9:00 a.m. before LEK
2. Final Pretrial Conference on March 20, 2007 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by March 13, 2007
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by January 31, 2007
7. File Dispositive Motions by November 29, 2006
8a. File Motions in Limine by April 10, 2007
8b. File opposition memo to a Motion in Limine by April 17, 2007
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline March 2, 2007
13. Settlement Conference set for on call at  before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by April 17, 2007
21. File Final witness list by April 10, 2007
24. Exchange Exhibit and Demonstrative aids by April 3, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by April 10, 2007

26. File objections to the Exhibits by April 17, 2007
28a. File Deposition Excerpt Designations by April 10, 2007
28b. File Deposition Counter Designations and Objections by April 17, 2007
29. File Trial Brief by April 17, 2007
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00356LEK;
Michael Alvarez vs. Jaime Ortiz, et al.;
Rule 16 Scheduling Conference Minutes
08/15/2006