Of Counsel:

**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE          2162-0
dlouie@rlhlaw.com
BRIAN A. BILBERRY   7260-0
bbilberry@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

Attorneys for Defendant
CORRECTIONS CORPORATION OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MICHAEL ALVAREZ, | ) | Civil No. 04-00356-SOM-LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE AS |
| | ) | COUNSEL FOR DEFENDANT |
| vs. | ) | CORRECTIONS CORPORATION |
| | ) | OF AMERICA; CERTIFICATE OF |
| JAIME ORTIZ, CORRECTIONS | ) | SERVICE |
| CORPORATION OF AMERICA, a | ) | |
| Maryland Corporation, THE STATE | ) | |
| OF HAWAII; DEPARTMENT OF | ) | |
| PUBLIC SAFETY, STATE OF | ) | |
| HAWAII; and MICHAEL GRIBBEN, | ) | Trial Date: May 1, 2007 |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

480.34/Notice.of.Appearance.bab.wpd

NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT
CORRECTIONS CORPORATION OF AMERICA

Comes now Brian A. Bilberry and hereby enters his appearance as Counsel for Defendant CORRECTIONS CORPORATION OF AMERICA in the above-captioned matter.

DATED: Honolulu, Hawaii, February 8, 2007.

/s/
DAVID M. LOUIE
BRIAN A. BILBERRY
Attorneys for Defendant
CORRECTIONS CORPORATION
OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MICHAEL ALVAREZ, | ) | Civil No. 04-00356-SOM-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [Re: Notice of Appearance as Counsel |
| | ) | for Defendant Corrections Corporation |
| JAIME ORTIZ, CORRECTIONS | ) | of America] |
| CORPORATION OF AMERICA, a | ) | |
| Maryland Corporation, THE STATE | ) | |
| OF HAWAII; DEPARTMENT OF | ) | |
| PUBLIC SAFETY, STATE OF | ) | |
| HAWAII; and MICHAEL GRIBBEN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| 480.34/Notice.of.Appearance.bab.wpd | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Appearance as Counsel for Defendant Corrections Corporation of America was duly served by depositing the same in the United States Mail, postage prepaid, and/or by hand-delivery, addressed to the following at their last known address:

***Served Electronically through CM/ECF:***

JEREL D. FONSECA, ESQ.          jdfonseca@hawaii.rr.com

CARON INAGAKI, ESQ.             caron.m.inagaki.@hawaii.gov


                                                              Hand

|  | Mail | Delivery |
|---|---|---|
| JAMIE ORTIZ<br>205 S. Avenue A<br>San Manual, Arizona   85631 | ( X ) | ( ) |

Defendant Pro Se

DATED:  Honolulu, Hawaii, February 8, 2007.

/s/
_____
DAVID M. LOUIE
BRIAN A. BILBERRY
Attorneys for Defendant
CORRECTIONS CORPORATION
OF AMERICA

-2-