# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/12/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CIVIL NO. 04-00356LEK

CASE NAME:    Michael Alvarez vs. Jaime Ortiz, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:    02/12/2007                    TIME:

COURT ACTION:   EO: New trial date and deadlines given. **Amended** Rule 16
Scheduling Order to be issued.

1.    Jury trial on May 8, 2007 at 9:00 a.m. before LEK
2.    Final Pretrial Conference on March 27, 2007 at 9:00 a.m. before LEK
3.    Final Pretrial Conference before District Judge N/A
4.    Final Pretrial Statement by March 20, 2007
5.    File motions to Join/Add Parties/Amend Pleadings by **N/A**
6.    File other Non-Dispositive Motions by **N/A**
7.    File Dispositive Motions by **N/A**
8a.    File Motions in Limine by April 17, 2007
8b.    File opposition memo to a Motion in Limine by April 24, 2007
11a.    Plaintiff's Expert Witness Disclosures by **N/A**
11b.    Defendant's Expert Witness Disclosures by **N/A**
12.    Discovery deadline March 9, 2007
13.    Settlement Conference set for **on call** before LEK
14.    Settlement Conference statements by **N/A**
20.    Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and
       Jury Instructions by April 24, 2007
21.    File Final witness list by April 17, 2007
24.    Exchange Exhibit and Demonstrative aids by April 10, 2007
25.    Stipulations re: Authenticity/Admissibility of Proposed Exhibits by April 17, 2007
26.    File objections to the Exhibits by April 24, 2007
28a.    File Deposition Excerpt Designations by April 17, 2007

28b.   File Deposition Counter Designations and Objections by April 24, 2007
29.    File Trial Brief by April 24, 2007
30.    File Findings of Fact & Conclusions of Law by N/A


Other Matters: **Amended** Rule 16 Scheduling Order to be issued.


Submitted by: Warren N. Nakamura, Courtroom Manager


CIVIL NO. 04-00356LEK;
Michael Alvarez vs. Jaime Ortiz, et al.;
Rule 16 Scheduling Conference Minutes
02/12/2007