

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
$ 00.37¹
02 1M
0004217591   FEB 07 2007
MAILED FROM ZIP CODE 96817

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RTS

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

Edwin C. Nacino
Roeca Louie & Hiraoka
Davies Pacific Center
841 Bishop St Ste 900
Honolulu, HI 96813

CORRESPONDENCE

Case File

C 04-356

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 08 2007

DISTRICT OF HAWAII

Edwin C. Nacino
Roeca Louie & Hiraoka
Davies Pacific Center
841 Bishop St Ste 900
Honolulu, HI 96813

Cv 04-356

## Minute Entries

1:04-cv-00356-LEK Alvarez v. Ortiz, et al

### U.S. District Court

### District of Hawaii - CM/ECF V3.03 12/2006

## Notice of Electronic Filing

The following transaction was entered on 1/25/2007 at 2:41 PM HST and filed on 1/25/2007

**Case Name:**       Alvarez v. Ortiz, et al

**Case Number:**     1:04-cv-356

**Filer:**

**Document Number:** 95(No document attached)

**Docket Text:**

EO: Final Pretrial Conference set for 3/20/2007 at 09:00 AM is continued to 3/27/2007 at 09:00 AM before JUDGE LESLIE E KOBAYASHI. (Judge LESLIE E KOBAYASHI )(wnn, )

**1:04-cv-356 Notice has been electronically mailed to:**

Caron M. Inagaki Caron.M.Inagaki@hawaii.gov

David M. Louie dlouie@rlhlaw.com, cizutsu@rlhlaw.com

Jerel D. Fonseca jdfonseca@hawaii.rr.com

**1:04-cv-356 Notice has been delivered by other means to:**

Keith M. Kaneshiro
770 Kapiolani Blvd Ste 715
Honolulu, HI 96814

Edwin C. Nacino
Roeca Louie & Hiraoka
Davies Pacific Center
841 Bishop St Ste 900
Honolulu, HI 96813