

Edwin C. Nacino
Roeca Louie & Hiraoka
Davies Pacific Center
841 Bishop St Ste 900
Honolulu, HI 96813

Cv 04-356

# Minute Entries

1:04-cv-00356-LEK Alvarez v. Ortiz, et al

## U.S. District Court

### District of Hawaii - CM/ECF V3.04 (3/07)

**Notice of Electronic Filing**

The following transaction was entered on 3/16/2007 at 3:20 PM HST and filed on 3/16/2007
**Case Name:** Alvarez v. Ortiz, et al
**Case Number:** 1:04-cv-356
**Filer:**
**Document Number:** 100(No document attached)

**Docket Text:**
EO: Final Pretrial Conference set for 3/27/2007 at 09:00 AM before Judge Leslie E. Kobayashi is Vacated. Case tentatively settled. (Judge LESLIE E KOBAYASHI )(wnn, )

**1:04-cv-356 Notice has been electronically mailed to:**
Caron M. Inagaki Caron.M.Inagaki@hawaii.gov, atg.crld.efiling@hawaii.gov, kathy.m.gillett@hawaii.gov, lorita.k.nordlum@hawaii.gov
David M. Louie dlouie@rlhlaw.com, cizutsu@rlhlaw.com
Jerel D. Fonseca jdfonseca@hawaii.rr.com
Brian A. Bilberry bbilberry@rlhlaw.com

**1:04-cv-356 Notice will not be electronically mailed to:**

Keith M. Kaneshiro
770 Kapiolani Blvd Ste 715
Honolulu, HI 96814

Edwin C. Nacino
Roeca Louie & Hiraoka
Davies Pacific Center
841 Bishop St Ste 900
Honolulu, HI 96813