# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/10/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00356LEK |
| CASE NAME: | Michael Alvarez vs. Jaime Ortiz, et al. |
| ATTYS FOR PLA: | Rodney Ching for Jerel D. Fonseca |
| ATTYS FOR DEFT: | Caron M. Inagaki |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 04/10/2007 | TIME: | 9:03-9:04 |

COURT ACTION:  EP: Status Conference Re: Dismissal held.

Trial date and all deadlines are Vacated. Further Status Conference Re: Dismissal set for 9:30 5/21/07, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager