MARK J. BENNETT   2672
Attorney General of Hawaii

CARON M. INAGAKI   3835
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
Email: Caron.M.Inagaki@hawaii.gov

Attorneys for Defendants
The State of Hawaii, Department of
Public Safety, State of Hawaii,
and Michael Gribbin



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL ALVAREZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAIME ORTIZ, CORRECTIONS CORPORATION OF AMERICA, a Maryland Corporation, THE STATE OF HAWAII; DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; and MICHAEL GRIBBEN,<br><br>　　　　　Defendants. | CIVIL NO. 04-00356 LEK<br>(Assault & Battery)<br><br>STIPULATION TO DISMISS WITH PREJUDICE ALL CLAIMS AND PARTIES AND ORDER |

## STIPULATION TO DISMISS WITH PREJUDICE
## ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective attorneys, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff's Complaint filed against Defendants The State of Hawaii, Department of Public Safety, State of Hawaii, and Michael Gribbin be and is hereby dismissed with prejudice.

Default judgment was entered against Defendant Jaime Ortiz on September 29, 2004.

There are no remaining parties and/or issues. This stipulation is signed by all parties in this action.

DATED: Honolulu, Hawaii, MAY 3 1 2007.

_____
CARON M. INAGAKI
Deputy Attorney General

Attorney for Defendants
THE STATE OF HAWAII,
DEPARTMENT OF PUBLIC SAFETY,
STATE OF HAWAII, AND MICHAEL
GRIBBIN

DATED: Honolulu, Hawaii, May 30, 2007.

_____
JEREL D. FONSECA
KEITH KANESHIRO

Attorneys for Plaintiff
MICHAEL ALVAREZ


DATED: Honolulu, Hawaii, May 30, 2007.

_____
BRIAN A. BILBERRY
JAMES FERGUSON

Attorneys for Defendant
CORRECTIONS CORPORATION
OF AMERICA

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE ENTITLED COURT


Michael Alvarez v. Jaime Ortiz, et al., Civil No. 04-00356 LEK, Stipulation To Dismiss With Prejudice All Claims and Parties